UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL LOPEZ,
    Plaintiff,
vs.

CORSELY INVESTMENT, INC. and LES ARTISTES, INC,
    Defendants.

Case No: 23-cv-62294-RKA

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, DANIEL LOPEZ, and Defendants, CORSELY INVESTMENT, INC. and LES ARTISTES, INC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ E. Scott Golden, Esq. |
| Glenn R. Goldstein (FBN: 55873) | E. Scott Golden, Esq. (FBN: 330442) |
| *Attorney for Plaintiff* | s/ Brandon D. Cole |
| Glenn R. Goldstein & Assoc., PLLC | Brandon D. Cole (FBN: 1018891) |
| 8101 Biscayne Blvd., Ste. 504 | *Attorney for Defendants* |
| Miami, Florida 33138 | GOLDEN LAW |
| 561.573.2106 | 3107 Stirling Road, Suite 201 |
| GGoldstein@G2Legal.net | Fort Lauderdale, Florida, 33312 |
| | bcole@goldenlawfl.com |
| s/ Lauren N. Wassenberg | sgolden@goldenlawfl.com |
| Lauren N. Wassenberg (FBN: 34083) | merylg@goldenlawfl.com |
| *Attorney for Plaintiff* | |
| Lauren N. Wassenberg & Assoc., P.A. | |
| 33 SE 4th St., Ste. 100 | |
| Boca Raton, FL 33432 | |
| (561) 571-0646 | |
| WassenbergL@gmail.com | |